

RECEIVED
MAILROOM

. I 2

CLERK U.S. DISTRICT COURT
ALEXANDRIA, VIRGINIA

1: 10CL249  GBL

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

GREGORY C. LANGHAM
CLERK OF COURT

Room A-105, Alfred A. Arraj U.S. Courthouse
901 19th Street
Denver, Colorado 80294-3589
Phone (303) 844-3433
www.cod.uscourts.gov

July 8, 2010

Address:  Clerk of the Court, Clerk's Office
United States District Court - Virginia
401 Courthouse Square
Alexandria, VA 22314

Colorado Case Number: 08-cr-00523-PAB
Receiving Court Case Number: Not indicated

Dear Clerk:

The above numbered case has been ordered transferred to your district pursuant to an Order of
the Court.

You may access electronically filed documents in this case at our ECF/PACER web address
http://ecf.cod.uscourts.gov. Any documents not available electronically are enclosed in paper
format.

Please acknowledge receipt by returning a date stamped copy of this letter noting the case
number in your court in the enclosed envelope.


Very truly yours,
Gregory C. Langham, Clerk


By: s/M.J. Garcia_____
       Deputy Clerk

| PROB 22<br>(D\CO 01/03) | | DOCKET NUMBER<br>08-cr-00523-PAB-01 |
| --- | --- | --- |
| **TRANSFER OF JURISDICTION** | | DOCKET NUMBER |

| NAME AND ADDRESS OF<br>PROBATIONER/SUPERVISED RELEASEE:<br><br>NATHAN DANIEL LARSON | DISTRICT<br>District of Colorado | | DIVISION | |
| --- | --- | --- | --- | --- |
| | NAME OF SENTENCING JUDGE<br>Philip A. Brimmer | | | |
| | DATES OF PROBATION/<br>SUPERVISED RELEASE: | FROM<br>02/09/2010 | | TO<br>02/08/2013 |

OFFENSE
Threats Against the President - 18 U.S.C. § 871(a)

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE  District of Colorado

    IT IS HEREBY ORDERED that pursuant to 18 U.S.C. 3605 the jurisdiction of the probationer or supervised releasee named above be transferred with the records of the Court to the United States District Court for the EASTERN DISTRICT OF VIRGINIA upon that Court's order of acceptance of jurisdiction.  This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this Court.*

June 1, 2010
_____
Date

_____
*United States District Judge*

*This sentence may be deleted in the discretion of the transferring Court.

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF VIRGINIA

    IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised release be accepted and assumed by this Court from and after the entry of this order.

6/18/10
_____
*Effective Date*

/s/
_____
Leonie M. Brinkema
United States District Judge

APPEAL, TERMED

## U.S. District Court
## District of Colorado (Denver)
## CRIMINAL DOCKET FOR CASE #: 1:08-cr-00523-PAB All Defendants
## Internal Use Only

Case title: USA v. Larson

Date Filed: 12/15/2008
Date Terminated: 10/13/2009

Assigned to: Judge Philip A. Brimmer

Appeals court case number: '09-1465'
'USCA'

### Defendant (1)

**Nathan Daniel Larson**
*TERMINATED: 10/13/2009*

represented by **Matthew C. Golla**
Office of the Federal Public Defender
633 Seventeenth Street
#1000
Denver, CO 80202
303-294-7002
Fax: 303-294-1192
Email: Matt_Golla@fd.org
*ATTORNEY TO BE NOTICED*
*Designation: Public Defender or*
*Community Defender Appointment*

### Pending Counts

THREATS AGAINST PRESIDENT
AND SUCCESSORS TO PRESIDENT
(1)

### Disposition

Defendant pleaded guilty to Count I of
the Indictment; Defendant is to be
imprisoned for 16 months; Upon release
from imprisonment, the defendant shall
be on supervised release for 3 years;
Assessment $100.00; No fine imposed;
Defendant remanded.

### Highest Offense Level (Opening)

Felony

### Terminated Counts

None

### Disposition

### Highest Offense Level (Terminated)

None

**Complaints**

None

**Disposition**

---

**Plaintiff**

USA                      represented by **Kurt J. Bohn**
U.S. Attorney's Office-Denver
1225 17th Street East
Seventeenth Street Plaza
#700
Denver, CO 80202
303-454-0100
Fax: 303-454-0407
Email: kurt.bohn@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 12/15/2008 | 1 | INDICTMENT as to Nathan Daniel Larson (1) count(s) 1. (Attachments: # 1 Criminal Information Sheet) (tllsl, ) (Entered: 12/15/2008) |
| 12/15/2008 | 2 | Arrest Warrant Issued in case as to Nathan Daniel Larson. (tllsl, ) (Entered: 12/15/2008) |
| 12/16/2008 | 3 | Minute Entry for proceedings held before Magistrate Judge Michael J. Watanabe: Initial Appearance as to Nathan Daniel Larson held on 12/16/2008; Federal Public Defender appointed; Arraignment, Discovery and Detention Hearing set for 12/19/2008 10:30 AM in Courtroom A502 before Magistrate Judge Michael J. Watanabe. Defendant remanded. (Tape #FTR MJW PM.) (lab, ) (Entered: 12/17/2008) |
| 12/16/2008 | 4 | Sealed Document - Financial Affidavit (mjg, ) (Entered: 12/17/2008) |
| 12/17/2008 | 5 | Arrest Warrant Returned Executed on 12/16/08 in case as to Nathan Daniel Larson. (mjg, ) (Entered: 12/17/2008) |
| 12/17/2008 | 6 | NOTICE OF ATTORNEY APPEARANCE: Matthew C. Golla appearing for Nathan Daniel Larson (Golla, Matthew) (Entered: 12/17/2008) |
| 12/19/2008 | 7 | Minute Entry for proceedings held before Magistrate Judge Michael J. Watanabe: Arraignment, Discovery and Detention Hearing as to Nathan Daniel Larson held on 12/19/2008; Plea NOT GUILTY entered by Nathan Daniel Larson; discovery memorandum executed; argument from the parties regarding detention. ORDERED: Defendant detained. Counsel to chambers; defendant remanded. (Tape #FTR MJW AM.) |

| | | (labsl, ) (Entered: 12/19/2008) |
|---|---|---|
| 12/19/2008 | 8 | Discovery Conference Memorandum and ORDER: Estimated Trial Time - 5 days or less as to Nathan Daniel Larson Signed by Magistrate Judge Michael J. Watanabe on 12/19/08. (labsl, ) (Entered: 12/19/2008) |
| 12/19/2008 | 9 | ORDER OF DETENTION as to Nathan Daniel Larson. Signed by Magistrate Judge Michael J. Watanabe on 12/19/08. (tllsl, ) (Entered: 12/22/2008) |
| 12/29/2008 | 10 | ORDER SETTING TRIAL DATES AND DEADLINES as to Nathan Daniel Larson: All pretrial motions due by 1/13/2009; Responses due by 1/20/2009; Three day Jury Trial set for 2/17/2009 08:00 AM in Courtroom A 601; Trial Preparation Conference set for 2/6/2009 at 04:15 PM in Courtroom A 601. Signed by Judge Philip A. Brimmer on 12/29/08. (mjg, ) (Entered: 12/29/2008) |
| 01/12/2009 | 11 | NOTICE of Insanity Defense by Nathan Daniel Larson (Golla, Matthew) (Entered: 01/12/2009) |
| 01/12/2009 | 12 | MOTION for Hearing *to Determine Competency and Insanity of the Defendant* by Nathan Daniel Larson. (Golla, Matthew) (Entered: 01/12/2009) |
| 01/12/2009 | | (Court only) ***Excludable started as to Nathan Daniel Larson: XA started pursuant to Motion to Determine Compentency, docket # 12 . (mjg, ) (Entered: 01/13/2009) |
| 01/16/2009 | 13 | MINUTE ORDER by Judge Philip A. Brimmer re 12 MOTION for Hearing to Determine Competency and Insanity of the Defendant filed by Nathan Daniel Larson: Motion Hearing set for 1/23/2009 02:00 PM in Courtroom A 601 before Judge Philip A. Brimmer. (mjg, ) (Entered: 01/20/2009) |
| 01/23/2009 | 14 | Order for Physical/Mental Exam as to Nathan Daniel Larson re 12 MOTION for Hearing to Determine Competency and Insanity of the Defendant filed by Nathan Daniel Larson: Following the examination, Dr. Fukutaki shall prepare a report of her findings pursuant to 18 U.S.C. § 4247(c) and send copies to all counsel and to the Court within 30 days of 1/23/09. by Judge Philip A. Brimmer on 1/23/09. (mjg, ) (Entered: 01/23/2009) |
| 01/23/2009 | 15 | Certificate of Service as to Nathan Daniel Larson re 14 Order for Mental/Physical Exam. (mjg, ) (Entered: 01/23/2009) |
| 01/23/2009 | 16 | MINUTE ORDER by Judge Philip A. Brimmer as to Nathan Daniel Larson: The three day jury trial scheduled to begin on 2/17/09 and the final trial preparation conference scheduled for 2/6/09 are VACATED. (mjg, ) (Entered: 01/23/2009) |
| 01/23/2009 | 17 | Minute Entry for proceedings held before Judge Philip A. Brimmer: Motion Hearing as to Nathan Daniel Larson held on 1/23/2009; Defendant present in custody; Order granting 12 Motion for Hearing; Status Conference set for 2/26/2009 03:30 PM in Courtroom A 601; |

| | | Defendant shall be committed to the custody of the Attorney General, pursuant to 18 U.S.C § 4241(b) for a period of time not to exceed 30 days to have a competency evaluation; Such evaluation shall be conducted by a certified psychiatrist, to be determined by the Court; Status conference set for 2/26/09 at 3:30 p.m.; Defendant remanded; Hearing concluded. (Court Reporter Janet Coppock.) (mjg, ) (Entered: 01/29/2009) |
|---|---|---|
| 02/07/2009 | 27 | Sealed Document - Competency Evaluation (mjg, ). (Entered: 04/22/2009) |
| 02/08/2009 | 18 | MOTION for Psychiatric Exam by USA as to Nathan Daniel Larson. (Attachments: # 1 Proposed Order (PDF Only))(Bohn, Kurt) (Entered: 02/08/2009) |
| 02/12/2009 | 19 | MINUTE ORDER by Judge Philip A. Brimmer as to Nathan Daniel Larson: Status conference previously scheduled for 2/26/09 is vacated; Competency Hearing and a hearing on the government's Motion for Pre-Trial Psychiatric and Psychological Examination are set for 2/19/2009 10:00 AM in Courtroom A 601. (mjg, ) Modified on 2/12/2009 to add information re motion hearing (mjg, ). (Entered: 02/12/2009) |
| 02/18/2009 | 20 | MINUTE ORDER by Judge Philip A. Brimmer as to Nathan Daniel Larson: Competency Hearing and Motion Hearing set for 2/19/09, is VACATED and RESCHEDULED to 2/20/2009 08:30 AM in Courtroom A 601. (mjg, ) (Entered: 02/18/2009) |
| 02/20/2009 | 21 | ORDER granting 18 Motion for Psychiatric Exam as to Nathan Daniel Larson (1) by Judge Philip A. Brimmer on 2/20/09. (tllsl, ) (Entered: 02/20/2009) |
| 02/20/2009 | 22 | Minute Entry for proceedings held before Judge Philip A. Brimmer: Competency Hearing as to Nathan Daniel Larson held on 2/20/2009; Defendant present in custody; Government's Motion for Psychiatric Exam 18 filed 2/8/09 is GRANTED; Defendant shall be committed to the custody of the Attorney General, not to exceed 45 days, to determine if the defendant was insane at the time of the alleged crime; The Attorney General shall on or before 4/6/09, transmit a report to the Court containing the opinion of the director of the facility whether the defendant was insane at the time of the alleged crime; The record should reflect that Mr. Golla advised the Court that the defendant has indicated that if it is determined that he was sane at the time of the alleged crime, he intends to represent himself during all further proceedings; Defendant remanded; Hearing concluded. (Court Reporter Paul Zuckerman.) (mjg, ) (Entered: 02/23/2009) |
| 02/20/2009 | | (Court only) ***Excludable started as to Nathan Daniel Larson: XA started pursuant to courtroom minutes dated 2/20/09; Please refer to docket # 22 . (mjg, ) (Entered: 02/24/2009) |
| 04/05/2009 | 28 | Sealed Document - Forensic Evaualtion (mjg, ) (Entered: 04/22/2009) |

| 04/06/2009 | 23 | MINUTE ORDER by Judge Philip A. Brimmer on 4/6/09 as to Nathan Daniel Larson: Status Conference set for 4/15/2009 10:00 AM in Courtroom A 601. (mjg, ) (Entered: 04/06/2009) |
|---|---|---|
| 04/07/2009 | 24 | MINUTE ORDER by Judge Philip A. Brimmer on 4/7/09 as to Nathan Daniel Larson: Status Conference set for 4/15/09 is VACATED and RESCHEDULED for 4/20/2009 10:00 AM in Courtroom A 601. (mjg, ) (Entered: 04/07/2009) |
| 04/14/2009 | 25 | MOTION for Order *to Proceed Pro Se* by Nathan Daniel Larson. (Golla, Matthew) (Entered: 04/14/2009) |
| 04/20/2009 | 26 | Minute Entry for proceedings held before Judge Philip A. Brimmer: Status Conference as to Nathan Daniel Larson held on 4/20/2009; Order granting 25 Motion for Order To Proceed Pro Se; Matthew Golla shall remain on this case as advisory counsel; Two day Jury Trial set for 5/18/2009 08:00 AM in Courtroom A 601; Trial Preparation Conference set for 5/14/2009 at 03:00 PM in Courtroom A 601. (Court Reporter Janet Coppock.) (mjg, ) (Entered: 04/21/2009) |
| 04/20/2009 | | (Court only) ***Excludable(s) stopped as to Nathan Daniel Larson: XA stopped pursuant to Status Conference Courtroom Minutes dated 4/20/09. Please refer to docket # 26 . (mjg, ) (Entered: 04/21/2009) |
| 05/01/2009 | 29 | NOTICE of Disposition by Nathan Daniel Larson (Golla, Matthew) (Entered: 05/01/2009) |
| 05/05/2009 | 30 | MINUTE ORDER as to Nathan Daniel Larson re 29 Notice of Disposition: Change of Plea Hearing set for 5/14/2009 03:00 PM in Courtroom A 601; The Trial Preparation Conference previously scheduled for 5/14/09 at 3:00 p.m. is VACATED, by Judge Philip A. Brimmer on 5/5/09. (mjg, ) (Entered: 05/06/2009) |
| 05/14/2009 | 31 | Minute Entry for proceedings held before Judge Philip A. Brimmer: Change of Plea Hearing as to Nathan Daniel Larson held on 5/14/2009; GUILTY Plea entered to Count 1; Trial scheduled for 5/18/09 is VACATED; Sentencing set for 8/21/2009 09:00 AM in Courtroom A 601; Defendant remanded. (Court Reporter Janet Coppock.) (mjg, ) (Entered: 05/15/2009) |
| 05/14/2009 | 32 | PLEA AGREEMENT as to Nathan Daniel Larson (mjg, ) (Entered: 05/15/2009) |
| 05/14/2009 | 33 | STATEMENT IN ADVANCE OF PLEA OF GUILTY by Defendant Nathan Daniel Larson (mjg, ) (Entered: 05/15/2009) |
| 07/09/2009 | 34 | Unopposed MOTION to Continue *Sentencing* by Nathan Daniel Larson. (Golla, Matthew) (Entered: 07/09/2009) |
| 08/06/2009 | 35 | MINUTE ORDER granting 34 Motion to Continue Sentencing as to Nathan Daniel Larson (1): Sentencing set for 8/21/09, is VACATED and RESCHEDULED for 10/2/2009 01:30 PM in Courtroom A 701, by Judge Philip A. Brimmer on 8/6/09. (mjg, ) (Entered: 08/06/2009) |

| 08/11/2009 | 36 | WITHDRAWN MOTION For Criminal History Category Applicable In This Case Be Determined To Be Criminal History Category 1, by Nathan Daniel Larson. (mjg, ) Modified on 10/14/2009 to withdraw pursuant to courtroom minutes dated 10/2/09, please refer to docket # 43 (mjg, ). (Entered: 08/11/2009) |
|---|---|---|
| 08/25/2009 | 37 | MOTION Requesting Psychiatric Or Psychological Evaluation by Nathan Daniel Larson. (mjg, ) (Entered: 08/26/2009) |
| 08/25/2009 | | (Court only) ***Excludable started as to Nathan Daniel Larson: XA started pursuant to Motion filed 8/25/09. Please refer to docket # 37 . (mjg, ) (Entered: 08/26/2009) |
| 08/31/2009 | 38 | MOTION for Non-Guideline Sentence - *for Downward Departure from Advisory Guidelines or a Sentence Variance Below the Advisory Guideline Range* by Nathan Daniel Larson. (Golla, Matthew) (Entered: 08/31/2009) |
| 09/02/2009 | 39 | ORDER denying 37 Motion for Medical Exam/Treatment as to Nathan Daniel Larson (1), by Judge Philip A. Brimmer on 9/2/09. (mjg, ) (Entered: 09/02/2009) |
| 09/03/2009 | 40 | NOTICE Of Sentencing Preferences by Nathan Daniel Larson (mjg, ) (Entered: 09/04/2009) |
| 09/06/2009 | 41 | RESPONSE to Motion by USA as to Nathan Daniel Larson re 38 MOTION for Non-Guideline Sentence - *for Downward Departure from Advisory Guidelines or a Sentence Variance Below the Advisory Guideline Range* (Bohn, Kurt) (Entered: 09/06/2009) |
| 10/02/2009 | 42 | MOTION to Withdraw Document 36 MOTION for Order by Nathan Daniel Larson. (tllsl, ) (Entered: 10/02/2009) |
| 10/02/2009 | 43 | Minute Entry for proceedings held before Judge Philip A. Brimmer: Sentencing held on 10/2/2009 as to defendant Nathan Daniel Larson; Order withdrawing 36 Motion for Order; Denying 38 Motion for Non-Guideline Sentence; and granting 42 Motion to Withdraw Document 36 ; Sentencing is continued to 10/9/09 at 3:00 p.m.; Defendant shall re-submit his letter dated 9/4/09 to the Probation Department, counsel and the Court for their review; Defendant remanded; Hearing continued. (Court Reporter Janet Coppock.) (mjg, ) (Entered: 10/14/2009) |
| 10/09/2009 | 44 | Minute Entry for proceedings held before Judge Philip A. Brimmer: Continued Sentencing held on 10/9/2009 as to defendant Nathan Daniel Larson; Defendant entered his guilty plea on 5/14/09 to count I of the Indictment; Defendant sentenced as reflected in the record; Defendant remanded. (Court Reporter Janet Coppock.) (mjg, ) Modified on 10/15/2009 to reflect correct filing date (mjg, ). (Entered: 10/14/2009) |
| 10/13/2009 | | (Court only) ***Sentencing as to defendant Nathan Daniel Larson, ***JS-3 Closing Information (mjg, ) (Entered: 10/14/2009) |
| 10/13/2009 | 45 | JUDGMENT as to defendant Nathan Daniel Larson (1): Defendant |

| | | |
|---|---|---|
| | | pleaded guilty to Count I of the Indictment; Defendant is to be imprisoned for 16 months; Upon release from imprisonment, the defendant shall be on supervised release for 3 years; Assessment $100.00; No fine imposed; Defendant remanded; Criminal Case Terminated, by Judge Philip A. Brimmer on 10/13/09. (mjg, ) (Entered: 10/14/2009) |
| 10/14/2009 | 46 | NOTICE OF APPEAL re 45 Judgment, 44 Sentencing, by Nathan Daniel Larson. Fee Status: Filed by Pro se - (FPD counsel). Notice mailed to all counsel on 10/19/09. (Attachments: # 1 Envelope)(bjrsl, ) (Entered: 10/19/2009) |
| 10/19/2009 | 47 | LETTER Transmitting Notice of Appeal to all counsel advising of the transmittal of the 46 Notice of Appeal as to Nathan Daniel Larson to the U.S. Court of Appeals. (FPD (Filed by pro se)) (Attachments: # 1 Docket Sheet, # 2 Preliminary Record including Notice of Appeal) (bjrsl, ) (Entered: 10/19/2009) |
| 10/20/2009 | 48 | USCA Case Number 09-1465 for 46 Notice of Appeal filed by Nathan Daniel Larson. (bjrsl, ) (Entered: 10/21/2009) |
| 10/29/2009 | 49 | DESIGNATION OF RECORD ON APPEAL re 46 Notice of Appeal by Nathan Daniel Larson. (Attachments: # 1 Circled Docket Sheet) (Golla, Matthew) (Entered: 10/29/2009) |
| 10/29/2009 | 50 | TRANSCRIPT ORDER FORM re 46 Notice of Appeal by Nathan Daniel Larson. (Golla, Matthew) (Entered: 10/29/2009) |
| 10/29/2009 | 51 | TRANSCRIPT ORDER FORM re 46 Notice of Appeal by Nathan Daniel Larson. (Golla, Matthew) (Entered: 10/29/2009) |
| 10/30/2009 | 52 | REPORTER TRANSCRIPT ORDER FORM filed by Paul Zuckerman; Transcripts ordered 02/20/09 re 46 Notice of Appeal by Nathan Larson. Transcript due by 11/28/2009. (bjrsl, ) (Entered: 11/02/2009) |
| 11/02/2009 | 54 | REPORTER TRANSCRIPT ORDER FORM filed by Janet Coppock; Transcripts ordered 01/213/09; 04/20/09; 05/14/09; 10/02/09; 10/09/09 re 46 Notice of Appeal by Nathan Larson. Transcripts due by 12/2/2009. (bjrsl, ) (Entered: 11/03/2009) |
| 11/03/2009 | 53 | TRANSCRIPT of Competency Hearing as to Nathan Daniel Larson held on 2-20-09 before Judge Brimmer. Pages: 1-7. **NOTICE - REDACTION OF TRANSCRIPTS: Within seven calendar days of this filing, each party shall inform the Court, by filing a Notice of Intent to Redact, of the party's intent to redact personal identifiers from the electronic transcript of the court proceeding. If a Notice of Intent to Redact is not filed within the allotted time, this transcript will be made electronically available after 90 days. Please see the Notice of Electronic Availability of Transcripts document at www.cod.uscourts.gov.** Transcript may only be viewed at the court public terminal or |

| | | |
|---|---|---|
| | | purchased through the Court Reporter/Transcriber prior to the 90 day deadline for electronic posting on PACER. Release of Transcript Restriction set for 2/1/2010. (Zuckerman, Paul) (Entered: 11/03/2009) |
| 11/04/2009 | 55 | TRANSCRIPT of Hearing on Motion as to Nathan Daniel Larson held on January 23, 2009 before Judge Philip A. Brimmer. Pages: 1-12. <br><br>**NOTICE - REDACTION OF TRANSCRIPTS: Within seven calendar days of this filing, each party shall inform the Court, by filing a Notice of Intent to Redact, of the party's intent to redact personal identifiers from the electronic transcript of the court proceeding. If a Notice of Intent to Redact is not filed within the allotted time, this transcript will be made electronically available after 90 days. Please see the Notice of Electronic Availability of Transcripts document at www.cod.uscourts.gov.** <br><br>Transcript may only be viewed at the court public terminal or purchased through the Court Reporter/Transcriber prior to the 90 day deadline for electronic posting on PACER. Release of Transcript Restriction set for 2/2/2010. (Coppock, Janet) (Entered: 11/04/2009) |
| 11/04/2009 | 56 | TRANSCRIPT of Status Conference as to Nathan Daniel Larson held on April 20, 2009 before Judge Philip A. Brimmer. Pages: 1-26. <br><br>**NOTICE - REDACTION OF TRANSCRIPTS: Within seven calendar days of this filing, each party shall inform the Court, by filing a Notice of Intent to Redact, of the party's intent to redact personal identifiers from the electronic transcript of the court proceeding. If a Notice of Intent to Redact is not filed within the allotted time, this transcript will be made electronically available after 90 days. Please see the Notice of Electronic Availability of Transcripts document at www.cod.uscourts.gov.** <br><br>Transcript may only be viewed at the court public terminal or purchased through the Court Reporter/Transcriber prior to the 90 day deadline for electronic posting on PACER. Release of Transcript Restriction set for 2/2/2010. (Coppock, Janet) (Entered: 11/04/2009) |
| 11/04/2009 | 57 | TRANSCRIPT of Change of Plea as to Nathan Daniel Larson held on May 14, 2009 before Judge Philip A. Brimmer. Pages: 1-25. <br><br>**NOTICE - REDACTION OF TRANSCRIPTS: Within seven calendar days of this filing, each party shall inform the Court, by filing a Notice of Intent to Redact, of the party's intent to redact personal identifiers from the electronic transcript of the court proceeding. If a Notice of Intent to Redact is not filed within the allotted time, this transcript will be made electronically available after 90 days. Please see the Notice of Electronic Availability of Transcripts document at www.cod.uscourts.gov.** <br><br>Transcript may only be viewed at the court public terminal or |

| | | |
|---|---|---|
| | | purchased through the Court Reporter/Transcriber prior to the 90 day deadline for electronic posting on PACER. Release of Transcript Restriction set for 2/2/2010. (Coppock, Janet) (Entered: 11/04/2009) |
| 11/04/2009 | 58 | TRANSCRIPT of Sentencing (Volume 1) as to Nathan Daniel Larson held on October 2, 2009 before Judge Philip A. Brimmer. Pages: 1-30.<br><br>**NOTICE - REDACTION OF TRANSCRIPTS: Within seven calendar days of this filing, each party shall inform the Court, by filing a Notice of Intent to Redact, of the party's intent to redact personal identifiers from the electronic transcript of the court proceeding. If a Notice of Intent to Redact is not filed within the allotted time, this transcript will be made electronically available after 90 days. Please see the Notice of Electronic Availability of Transcripts document at www.cod.uscourts.gov.**<br><br>Transcript may only be viewed at the court public terminal or purchased through the Court Reporter/Transcriber prior to the 90 day deadline for electronic posting on PACER. Release of Transcript Restriction set for 2/2/2010. (Coppock, Janet) (Entered: 11/04/2009) |
| 11/04/2009 | 59 | TRANSCRIPT of Sentencing (Volume 2) as to Nathan Daniel Larson held on October 9, 2009 before Judge Philip A. Brimmer. Pages: 31-48.<br><br>**NOTICE - REDACTION OF TRANSCRIPTS: Within seven calendar days of this filing, each party shall inform the Court, by filing a Notice of Intent to Redact, of the party's intent to redact personal identifiers from the electronic transcript of the court proceeding. If a Notice of Intent to Redact is not filed within the allotted time, this transcript will be made electronically available after 90 days. Please see the Notice of Electronic Availability of Transcripts document at www.cod.uscourts.gov.**<br><br>Transcript may only be viewed at the court public terminal or purchased through the Court Reporter/Transcriber prior to the 90 day deadline for electronic posting on PACER. Release of Transcript Restriction set for 2/2/2010. (Coppock, Janet) (Entered: 11/04/2009) |
| 11/04/2009 | | (Court only) ***Appeal Deadlines Terminated re 46 Notice of Appeal filed by Nathan Daniel Larson. Appeal transcripts filed by Janet. (bjrsl, ) (Entered: 11/05/2009) |
| 11/09/2009 | 60 | Transmitted Record on Appeal to US Court of Appeals re 46 Notice of Appeal as to Nathan Daniel Larson. Volume Numbers: 1-4. USCA case no. 09-1465. (Attachments: # 1 Docket Sheet)(bjrsl, ) (Entered: 11/09/2009) |
| 07/08/2010 | 61 | Probation/Supervised Release Jurisdiction Transfer to Eatern District of Virginia - Alexandria as to Nathan Daniel Larson. Transmitted Transfer of Jurisdiction form, with certified copies of indictment, judgment and docket sheet. (Attachments: # 1 Transmittal Letter)(mjg, ) (Entered: |

07/08/2010)

ı, the undersigned, Clerk of the
United States District Court for the
District of Colorado, do certify that
the foregoing is a true copy of an
original document remaining on file
and record in my office.
   WITNESS my hand and SEAL of said
Court this 8th day of July
   GREGORY C. LANGHAM
By _____
                Deputy

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Criminal Case No.

UNITED STATES OF AMERICA,

     Plaintiff,

v.

1. NATHAN DANIEL LARSON,

     Defendant.

---

## INDICTMENT
## 18 U.S.C. § 871(a)

---

The Grand Jury charges that:

### COUNT 1
### 18 U.S.C. § 871(a)

On or about December 11, 2008, in the State and District of Colorado, Nathan Daniel Larson, the defendant herein, did knowingly and willfully make a threat to take the life of, and to inflict bodily harm upon, the President of the United States, specifically, that he would kill the President of the United States of America.

The foregoing was in violation of Title 18, United States Code, Section 871(a).

A TRUE BILL:

Ink signature on file in the clerk's office
**FOREPERSON**

TROY A. EID
United States Attorney

s/ Kurt J. Bohn
KURT J. BOHN
Assistant United States Attorney
United States Attorney's Office
1225 17th Street, Suite 700
Denver, Colorado 80202
Telephone: (303) 454-0100
Telecopier: (303) 454-0403
E-mail: kurt.bohn@usdoj.gov

i, the undersigned, Clerk of the
United States District Court for the
District of Colorado, do certify that
the foregoing is a true copy of an
original document remaining on file
and record in my office.
WITNESS my hand and SEAL of said
Court this 8th day of July
GREGORY C. LANGHAM
By _____
Deputy

DATE:                December 15, 2008

DEFENDANT:           NATHAN DANIEL LARSON

YOB:                 1980

ADDRESS:             Boulder, CO

COMPLAINT FILED?  _____ YES   __X__ NO

     IF YES, PROVIDE MAGISTRATE CASE NUMBER: ____
     IF NO, PROCEED TO "OFFENSE" SECTION

HAS DEFENDANT BEEN ARRESTED ON COMPLAINT? ____ YES   __X__ NO

     IF NO, A NEW WARRANT IS REQUIRED

OFFENSE:             Count 1:  Threats Against the President of the United States,
                     18 U.S.C. § 871(a)

LOCATION OF OFFENSE:      Boulder County, Colorado

PENALTY:             Count 1:  NMT 5 years imprisonment, up to a $250,000 fine or both,
                     NMT 3 years and NLT 2 years supervised release, and a $100.00
                     special assessment fee

AGENT:               Sean Cronin, Special Agent U.S. Secret Service
                     Denver, Colorado

AUTHORIZED BY:       Kurt J. Bohn
                     Assistant United States Attorney

ESTIMATED TIME OF TRIAL:

__X__ five days or less
_____ over five days

<u>THE GOVERNMENT</u>

____X___ will seek detention in this case
_____ will not seek detention in this case

The statutory presumption of detention is not applicable to this defendant.

OCDETF CASE: _____ Yes         __X___        No

AO 245B    (Rev. 09/08) Judgment in a Criminal Case
Sheet 1

# UNITED STATES DISTRICT COURT

District of _____ COLORADO _____

UNITED STATES OF AMERICA
V.

NATHAN DANIEL LARSON

## JUDGMENT IN A CRIMINAL CASE

Case Number:        08-cr-00523-PAB-01

USM Number:        36054-013

Matthew Golla, AFPD
Advisory Attorney

## THE DEFENDANT:

[X] pleaded guilty to Count    I of the Indictment

[ ] pleaded nolo contendere to count(s)
which was accepted by the court.

[ ] was found guilty on count(s)
after a plea of not guilty.

The defendant is adjudicated guilty of these offenses:

| Title & Section | Nature of Offense | Offense Ended | Count |
|---|---|---|---|
| 18 U.S.C. § 871(a) | Threats Against the President of the United States | 12/11/08 | I |

The defendant is sentenced as provided in pages 2 through ___10___ of this judgment . The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

[ ] The defendant has been found not guilty on count(s)

[ ] Count(s) _____ [ ] is [ ] are dismissed on the motion of the United States.

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

October 9, 2009
Date of Imposition of Judgment

s/Philip A. Brimmer
Signature of Judge

Philip A. Brimmer, U.S. District Judge
Name and Title of Judge

October 13, 2009
Date

I, the undersigned, Clerk of the United States District Court for the District of Colorado, do certify that the foregoing is a true copy of an original document remaining on file and record in my office.
WITNESS my hand and SEAL of said Court this ___ day of ___
GREGORY C. LANGHAM
By_____
Deputy

Judgment — Page   2   of   10

DEFENDANT:     NATHAN DANIEL LARSON
CASE NUMBER:    08-cr-00523-PAB-01

## IMPRISONMENT

    The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of:     sixteen (16) months.

☐    The court makes the following recommendations to the Bureau of Prisons:

☒    The defendant is remanded to the custody of the United States Marshal.

☐    The defendant shall surrender to the United States Marshal for this district:

     ☐   at _____    ☐ a.m. ☐   p.m.    on   _____ .

     ☐   as notified by the United States Marshal.

☐    The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

     ☐   before 12 p.m. on   _____ .

     ☐   as notified by the United States Marshal.

     ☐   as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

Defendant delivered on   _____    to   _____

at   _____ ,   with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By   _____
DEPUTY UNITED STATES MARSHAL

AO 245B     (Rev. 09/08) Judgment in a Criminal Case
            Sheet 3 — Supervised Release

DEFENDANT:        NATHAN DANIEL LARSON
CASE NUMBER:      08-cr-00523-PAB-01

Judgment—Page ___3___ of ___10___

## SUPERVISED RELEASE

Upon release from imprisonment, the defendant shall be on supervised release for a term of:     three (3) years.

> The defendant must report to the probation office in the district to which the defendant is released within 72 hours of release from the custody of the Bureau of Prisons.

The defendant shall not commit another federal, state or local crime.

The defendant shall not unlawfully possess a controlled substance. The defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as determined by the court.

☐     The above drug testing condition is suspended, based on the court's determination that the defendant poses a low risk of future substance abuse. (Check, if applicable.)

☒     The defendant shall not possess a firearm, ammunition, destructive device, or any other dangerous weapon. (Check, if applicable.)

☒     The defendant shall cooperate in the collection of DNA as directed by the probation officer. (Check, if applicable.)

☐     The defendant shall comply with the requirements of the Sex Offender Registration and Notification Act (42 U.S.C. § 16901, *et seq.*) as directed by the probation officer, the Bureau of Prisons, or any state sex offender registration agency in which he or she resides, works, is a student, or was convicted of a qualifying offense. (Check, if applicable.)

☐     The defendant shall participate in an approved program for domestic violence. (Check, if applicable.)

> If this judgment imposes a fine or restitution, it is a condition of supervised release that the defendant pay in accordance with the Schedule of Payments sheet of this judgment.

> The defendant must comply with the standard conditions that have been adopted by this court as well as with any additional conditions on the attached page.

## STANDARD CONDITIONS OF SUPERVISION

1)   the defendant shall not leave the judicial district without the permission of the court or probation officer;

2)   the defendant shall report to the probation officer and shall submit a truthful and complete written report within the first five days of each month;

3)   the defendant shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer;

4)   the defendant shall support his or her dependents and meet other family responsibilities;

5)   the defendant shall work regularly at a lawful occupation, unless excused by the probation officer for schooling, training, or other acceptable reasons;

6)   the defendant shall notify the probation officer at least ten days prior to any change in residence or employment;

7)   the defendant shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any controlled substance or any paraphernalia related to any controlled substances, except as prescribed by a physician;

8)   the defendant shall not frequent places where controlled substances are illegally sold, used, distributed, or administered;

9)   the defendant shall not associate with any persons engaged in criminal activity and shall not associate with any person convicted of a felony, unless granted permission to do so by the probation officer;

10)  the defendant shall permit a probation officer to visit him or her at any time at home or elsewhere and shall permit confiscation of any contraband observed in plain view of the probation officer;

11)  the defendant shall notify the probation officer within seventy-two hours of being arrested or questioned by a law enforcement officer;

12)  the defendant shall not enter into any agreement to act as an informer or a special agent of a law enforcement agency without the permission of the court;

13)  as directed by the probation officer, the defendant shall notify third parties of risks that may be occasioned by the defendant's criminal record or personal history or characteristics and shall permit the probation officer to make such notifications and to confirm the defendant's compliance with such notification requirement; and

14)  the defendant shall provide access to any requested financial information.

AO 245B     (Rev. 09/08) Judgment in a Criminal Case
               Sheet 3C — Supervised Release

DEFENDANT:         NATHAN DANIEL LARSON
CASE NUMBER:     08-cr-00523-PAB-01

Judgment—Page   4   of    10  

## SPECIAL CONDITIONS OF SUPERVISION

1.     The defendant shall participate in a program of mental health treatment, as approved by the probation officer, until such time as the defendant is released from the program by the probation officer. The defendant shall pay the cost of treatment as directed by the probation officer. The Court authorizes the probation officer to release to the treatment agency all psychological reports and/or the presentence report for continuity of treatment.

2.     The defendant shall remain medication compliant and shall take all medications that are prescribed by his treating psychiatrist. The defendant shall cooperate with random blood tests as requested by his treating psychiatrist and/or supervising probation officer to ensure that a therapeutic level of his prescribed medications is maintained.

3.     The defendant shall not access any e-mail account without prior permission from the supervising probation officer.

AO 245B    (Rev. 09/08) Judgment in a Criminal Case
            Sheet 5 — Criminal Monetary Penalties

DEFENDANT:          NATHAN DANIEL LARSON

CASE NUMBER:        08-cr-00523-PAB-01

Judgment — Page   5   of   10

# CRIMINAL MONETARY PENALTIES

The defendant must pay the total criminal monetary penalties under the schedule of payments on Sheet 6.

| | Assessment | Fine | Restitution |
|---|---|---|---|
| TOTALS | $ 100.00 | $ 0.00 | $ 0.00 |

☐  The determination of restitution is deferred until _____ . An *Amended Judgment in a Criminal Case* (AO 245C) will be entered after such determination.

☐  The defendant must make restitution (including community restitution) to the following payees in the amount listed below.

If the defendant makes a partial payment, each payee shall receive an approximately proportioned payment, unless specified otherwise in the priority order or percentage payment column below. However, pursuant to 18 U.S.C. § 3664(i), all nonfederal victims must be paid before the United States is paid.

| Name of Payee | Total Loss* | Restitution Ordered | Priority or Percentage |
|---|---|---|---|
| | | | |

| TOTALS | $ _____ | $ _____ | |

☐  Restitution amount ordered pursuant to plea agreement  $ _____

☐  The defendant must pay interest on restitution and a fine of more than $2,500, unless the restitution or fine is paid in full before the fifteenth day after the date of the judgment, pursuant to 18 U.S.C. § 3612(f). All of the payment options on Sheet 6 may be subject to penalties for delinquency and default, pursuant to 18 U.S.C. § 3612(g).

☐  The court determined that the defendant does not have the ability to pay interest and it is ordered that:

☐  the interest requirement is waived for the  ☐ fine  ☐ restitution.

☐  the interest requirement for the  ☐ fine  ☐ restitution is modified as follows:

* Findings for the total amount of losses are required under Chapters 109A, 110, 110A, and 113A of Title 18 for offenses committed on or after September 13, 1994, but before April 23, 1996.

AO 245B   (Rev. 09/08) Judgment in a Criminal Case
Sheet 6 — Schedule of Payments

Judgment — Page ___6___ of ___10___

DEFENDANT:       NATHAN DANIEL LARSON
CASE NUMBER:     08-cr-00523-PAB-01

# SCHEDULE OF PAYMENTS

Having assessed the defendant's ability to pay, payment of the total criminal monetary penalties are due as follows:

A ☐ Lump sum payment of $ __0__ due immediately, balance due

    ☐ not later than _____ , or
    ☐ in accordance ☐ C, ☐ D, ☐ E, or ☐ F below; or

B ☒ Payment to begin immediately (may be combined with ☐ C, ☐ D, or ☐ F below); or

C ☐ Payment in equal _____ (e.g., weekly, monthly, quarterly) installments of $ _____ over a period of
    _____ (e.g., months or years), to commence _____ (e.g., 30 or 60 days) after the date of this judgment; or

D ☐ Payment in equal _____ (e.g., weekly, monthly, quarterly) installments of $ _____ over a period of
    _____ (e.g., months or years), to commence _____ (e.g., 30 or 60 days) after release from imprisonment to a
    term of supervision; or

E ☐ Payment during the term of supervised release will commence within ____0____ (e.g., 30 or 60 days) after release from
    imprisonment. The court will set the payment plan based on an assessment of the defendant's ability to pay at that time; or

F ☐ Special instructions regarding the payment of criminal monetary penalties:

Unless the court has expressly ordered otherwise, if this judgment imposes imprisonment, payment of criminal monetary penalties is due during imprisonment. All criminal monetary penalties, except those payments made through the Federal Bureau of Prisons' Inmate Financial Responsibility Program, are made to the clerk of the court.

The defendant shall receive credit for all payments previously made toward any criminal monetary penalties imposed.

☐ Joint and Several

☐ The defendant shall pay the cost of prosecution.

☐ The defendant shall pay the following court cost(s):

☐ The defendant shall forfeit the defendant's interest in the following property to the United States:

Payments shall be applied in the following order: (1) assessment, (2) restitution principal, (3) restitution interest, (4) fine principal, (5) fine interest, (6) community restitution, (7) penalties, and (8) costs, including cost of prosecution and court costs.

AO 245B  (Rev. 09/08) Criminal Judgment
Attachment (Page 1) — Statement of Reasons

| | | Judgment—Page ____7____ of ____10____ |
|---|---|---|

DEFENDANT:         NATHAN DANIEL LARSON
CASE NUMBER:     08-cr-00523-PAB-01

# STATEMENT OF REASONS

**I     COURT FINDINGS ON PRESENTENCE INVESTIGATION REPORT**

A  ☒    **The court adopts the presentence investigation report without change.**

B  ☐    **The court adopts the presentence investigation report with the following changes.**

(Check all that apply and specify court determination, findings, or comments, referencing paragraph numbers in the presentence report, if applicable.) (Use page 4 if necessary.)

1    ☐    Chapter Two of the U.S.S.G. Manual determinations by court (including changes to base offense level, or specific offense characteristics):

2    ☐    Chapter Three of the U.S.S.G. Manual determinations by court (including changes to victim-related adjustments,  role in the offense, obstruction of justice, multiple counts, or acceptance of responsibility):

3    ☐    Chapter Four of the U.S.S.G. Manual determinations by court (including changes to criminal history category or scores, career offender, or criminal livelihood determinations):

4    ☐    Additional Comments or Findings (including comments or factual findings concerning certain information in the presentence report that the Federal Bureau of Prisons may rely on when it makes inmate classification, designation, or programming decisions):

C  ☐    **The record establishes no need for a presentence investigation report pursuant to Fed.R.Crim.P. 32.**

**II    COURT FINDING ON MANDATORY MINIMUM SENTENCE (Check all that apply.)**

A  ☒    No count of conviction carries a mandatory minimum sentence.

B  ☐    Mandatory minimum sentence imposed.

C  ☐    One or more counts of conviction alleged in the indictment carry a mandatory minimum term of imprisonment, but the sentence imposed is below a mandatory minimum term because the court has determined that the mandatory minimum does not apply based on

☐    findings of fact in this case

☐    substantial assistance (18 U.S.C. § 3553(e))

☐    the statutory safety valve (18 U.S.C. § 3553(f))

**III   COURT DETERMINATION OF ADVISORY GUIDELINE RANGE (BEFORE DEPARTURES):**

Total Offense Level:   12
Criminal History Category:     II
Imprisonment Range:         12     to      18     months
Supervised Release Range:           2     to      3     years
Fine Range: $  3,000           to  $ 30,000
☒   Fine waived or below the guideline range because of inability to pay.

AO 245B    (Rev. 09/08) Criminal Judgment
            Attachment (Page 2) — Statement of Reasons

Judgment—Page ___8___ of ___10___

DEFENDANT:        NATHAN DANIEL LARSON
CASE NUMBER:      08-cr-00523-PAB-01

## STATEMENT OF REASONS

**IV    ADVISORY GUIDELINE SENTENCING DETERMINATION (Check only one.)**

A  [X]  The sentence is within an advisory guideline range that is not greater than 24 months, and the court finds no reason to depart.

B  [ ]  The sentence is within an advisory guideline range that is greater than 24 months, and the specific sentence is imposed for these reasons.
        (Use page 4 if necessary.)

C  [ ]  The court departs from the advisory guideline range for reasons authorized by the sentencing guidelines manual.
        (Also complete Section V.)

D  [ ]  The court imposed a sentence outside the advisory sentencing guideline system. (Also complete Section VI.)

**V    DEPARTURES AUTHORIZED BY THE ADVISORY SENTENCING GUIDELINES (If applicable.)**

A    The sentence imposed departs (Check only one.):
     [ ] below the advisory guideline range
     [ ] above the advisory guideline range

B    Departure based on (Check all that apply.):

1         Plea Agreement (Check all that apply and check reason(s) below.):
          [ ] 5K1.1 plea agreement based on the defendant's substantial assistance
          [ ] 5K3.1 plea agreement based on Early Disposition or "Fast-track" Program
          [ ] binding plea agreement for departure accepted by the court
          [ ] plea agreement for departure, which the court finds to be reasonable
          [ ] plea agreement that states that the government will not oppose a defense departure motion.

2         Motion Not Addressed in a Plea Agreement (Check all that apply and check reason(s) below.):
          [ ] 5K1.1 government motion based on the defendant's substantial assistance
          [ ] 5K3.1 government motion based on Early Disposition or "Fast-track" program
          [ ] government motion for departure
          [ ] defense motion for departure to which the government did not object
          [ ] defense motion for departure to which the government objected

3         Other
          [ ] Other than a plea agreement or motion by the parties for departure (Check reason(s) below.):

C    Reason(s) for Departure (Check all that apply other than 5K1.1 or 5K3.1.)

| | | | | | | |
|---|---|---|---|---|---|---|
| [ ] 4A1.3 | Criminal History Inadequacy | [ ] 5K2.1 | Death | [ ] 5K2.11 | Lesser Harm |
| [ ] 5H1.1 | Age | [ ] 5K2.2 | Physical Injury | [ ] 5K2.12 | Coercion and Duress |
| [ ] 5H1.2 | Education and Vocational Skills | [ ] 5K2.3 | Extreme Psychological Injury | [ ] 5K2.13 | Diminished Capacity |
| [ ] 5H1.3 | Mental and Emotional Condition | [ ] 5K2.4 | Abduction or Unlawful Restraint | [ ] 5K2.14 | Public Welfare |
| [ ] 5H1.4 | Physical Condition | [ ] 5K2.5 | Property Damage or Loss | [ ] 5K2.16 | Voluntary Disclosure of Offense |
| [ ] 5H1.5 | Employment Record | [ ] 5K2.6 | Weapon or Dangerous Weapon | [ ] 5K2.17 | High-Capacity, Semiautomatic Weapon |
| [ ] 5H1.6 | Family Ties and Responsibilities | [ ] 5K2.7 | Disruption of Government Function | [ ] 5K2.18 | Violent Street Gang |
| [ ] 5H1.11 | Military Record, Charitable Service, Good Works | [ ] 5K2.8 | Aberrant Conduct | [ ] 5K2.20 | Aberrant Behavior |
| | | [ ] 5K2.9 | Criminal Purpose | [ ] 5K2.21 | Dismissed and Uncharged Conduct |
| [ ] 5K2.0 | Aggravating or Mitigating Circumstances | [ ] 5K2.10 | Victim's Conduct | [ ] 5K2.22 | Age or Health of Sex Offenders |
| | | | | [ ] 5K2.23 | Discharged Terms of Imprisonment |
| | | | | [ ] | Other guideline basis (e.g., 2B1.1 commentary) |

D    Explain the facts justifying the departure. (Use page 4 if necessary.)

AO 245B    (Rev. 09/08) Criminal Judgment
            Attachment (Page 3) — Statement of Reasons

DEFENDANT:        NATHAN DANIEL LARSON
CASE NUMBER:      08-cr-00523-PAB-01

# STATEMENT OF REASONS

VI   **COURT DETERMINATION FOR SENTENCE OUTSIDE THE ADVISORY GUIDELINE SYSTEM**
     (Check all that apply.)

A    The sentence imposed is (Check only one.):
     ☐ below the advisory guideline range

     ☐ above the advisory guideline range

B    Sentence imposed pursuant to (Check all that apply.):

     1    **Plea Agreement (Check all that apply and check reason(s) below.):**
          ☐ binding plea agreement for a sentence outside the advisory guideline system accepted by the court
          ☐ plea agreement for a sentence outside the advisory guideline system, which the court finds to be reasonable
          ☐ plea agreement that states that the government will not oppose a defense motion to the court to sentence outside the advisory guideline
            system

     2    **Motion Not Addressed in a Plea Agreement (Check all that apply and check reason(s) below.):**
          ☐ government motion for a sentence outside of the advisory guideline system
          ☐ defense motion for a sentence outside of the advisory guideline system to which the government did not object
          ☐ defense motion for a sentence outside of the advisory guideline system to which the government objected

     3    **Other**
          ☐ Other than a plea agreement or motion by the parties for a sentence outside of the advisory guideline system (

C    **Reason(s) for Sentence Outside the Advisory Guideline System (Check all that apply.)**

     ☐ the nature and circumstances of the offense and the history and characteristics of the defendant pursuant to 18 U.S.C. § 3553(a)(1)

     ☐ to reflect the seriousness of the offense, to promote respect for the law, and to provide just punishment for the offense (18 U.S.C. § 3553(a)(2)(A))

     ☐ to afford adequate deterrence to criminal conduct (18 U.S.C. § 3553(a)(2)(B))

     ☐ to protect the public from further crimes of the defendant (18 U.S.C. § 3553(a)(2)(C))

     ☐ to provide the defendant with needed educational or vocational training, medical care, or other correctional treatment in the most effective manner
       (18 U.S.C. § 3553(a)(2)(D))

     ☐ to avoid unwarranted sentencing disparities among defendants (18 U.S.C. § 3553(a)(6))

     ☐ to provide restitution to any victims of the offense (18 U.S.C. § 3553(a)(7))

D    **Explain the facts justifying a sentence outside the advisory guideline system.**   (Use page 4 if necessary.)

AO 245B    (Rev. 09/08) Criminal Judgment
Attachment (Page 4) — Statement of Reasons

Judgment—Page ____10____ of ____10____

DEFENDANT:           NATHAN DANIEL LARSON
CASE NUMBER:        08-cr-00523-PAB-01

# STATEMENT OF REASONS

## VII   COURT DETERMINATIONS OF RESTITUTION

A ☒ Restitution Not Applicable.

B  Total Amount of Restitution: _____

C  Restitution not ordered (Check only one.):

1 ☐  For offenses for which restitution is otherwise mandatory under 18 U.S.C. § 3663A, restitution is not ordered because the number of
       identifiable victims is so large as to make restitution impracticable under 18 U.S.C. § 3663A(c)(3)(A).

2 ☐  For offenses for which restitution is otherwise mandatory under 18 U.S.C. § 3663A, restitution is not ordered because determining complex
       issues of fact and relating them to the cause or amount of the victims' losses would complicate or prolong the sentencing process to a degree
       that the need to provide restitution to any victim would be outweighed by the burden on the sentencing process under 18 U.S.C. § 3663A(c)(3)(B).

3 ☐  For other offenses for which restitution is authorized under 18 U.S.C. § 3663 and/or required by the sentencing guidelines, restitution is not
       ordered because the complication and prolongation of the sentencing process resulting from the fashioning of a restitution order outweigh
       the need to provide restitution to any victims under 18 U.S.C. § 3663(a)(1)(B)(ii).

4 ☐  Restitution is not ordered for other reasons. (Explain.)

D ☐ Partial restitution is ordered for these reasons (18 U.S.C. § 3553(c)):

## VIII  ADDITIONAL FACTS JUSTIFYING THE SENTENCE IN THIS CASE (If applicable.)

Sections I, II, III, IV, and VII of the Statement of Reasons form must be completed in all felony cases.