Nathan Larson
9270 Prospect Avenue
Catlett, VA 20119
August 9, 2010



Barry Raymond
Senior United States Probation Officer
10500 Battlefield Parkway, Suite 100
Manassas, VA 20109

Dear Mr. Raymond:

I have decided not to comply with my conditions of supervised release anymore. The United States Government has no rightful claim to jurisdiction over me, and I am not morally bound to obey any of its laws or officers. In throwing off the federal yoke, I am exercising the right of individual sovereignty to which I am entitled under natural law.

From now on, I will violate federal, state and local laws at will, as long as such violations do not infringe the rights of others. For example, I will possess and use whatever controlled substances I want to possess and use. There is no natural law against doing so; such "offenses" are merely victimless crimes arbitrarily established by the government. I refuse to submit to any more drug tests, because they infringe my privacy rights.

For now on, I will possess firearms, ammunition, destructive devices, and other dangerous weapons whenever I want to. I have a right to protect myself from aggressors, including those who work for the government. If you happen to hear the distinctive sound of the gunfire of a Solothurn S-18/100 20 mm Anti-Tank Cannon emanating from my backyard, as cardboard cutouts of statist federal politicians, federal judges, federal prosecutors, and federal agents become riddled with large, ragged bullet holes, please know that there is nothing amiss; it is just me engaging in target practice.

From now on, I will leave the judicial district whenever I want to. Arbitrary borders drawn by governments have no legitimacy to me. I will come and go as I please.

I will not submit any more probation reports, as they are a pointless waste of time. I will not answer any inquiries or follow any instructions of probation officers. I will not notify any probation officer when I change residence or employment, since that is none of the court's business.

I will frequent places where controlled substances are illegally sold, used, distributed, and administered whenever I want to frequent those places. I will associate with persons engaged in what the government deems criminal activity and with persons convicted of felonies whenever I want to. I will refrain from helping anyone infringe others' rights, but I won't submit to the government's arbitrary designation of certain people as off-limits.

I will not permit probation officers to visit, or permit confiscation of what such officers may deem "contraband." Nor will I notify a probation officer if I am arrested or questioned by a law-enforcement officer. Nor will I provide access to any requested financial information. I have no moral obligation to disclose such matters to the court.

I will not participate in a program of mental health treatment. There is no point; it is a complete waste of taxpayer money. I do not have any mental illnesses, so there is nothing for a counselor to treat. I certainly am not going to submit to any involuntary medication, since that constitutes an unwanted intrusion into my body, over which I have sovereign ownership rights.

Lastly, I will use email whenever I want to use email, and without obeying any restrictions or conditions imposed by any probation officer. I have a right to communicate without allowing government officials to be privy to such communications. If there are any other conditions of supervised release I have not mentioned, please know that I have as little intention of obeying those as I do of obeying the ones I have mentioned.

Do not attempt to enforce the judgment of the court. I do not recognize the legitimacy of that judgment. I am also morally entitled to defend myself if anyone tries to lay hands on me, since I have not infringed anyone's rights. I was convicted of making a threat against the President of the United States. It was a threat I was entitled to make, since defense of others is morally permissible when a government official, or any other criminal, is committing aggression against them through the henchmen under his command. The federal government lacks any rightful authority to arrest people for violating tax laws, drug laws, etc. to which they did not consent to being bound. Federal agents are committing aggression at any given moment at the behest of the President; therefore, at any given moment, anyone has a right to kill, or to threaten to kill, the President.

In view of the overwhelming force that the government can muster for its efforts to infringe the rights of the innocent, I might have decided that it was in my interests to obey the conditions of release. But the court and its officers have too much power. Supervised release is a middle ground between freedom and incarceration, and what is to prevent the court, and/or you, from making it almost as bad as imprisonment? Only your goodwill. But I don't trust in goodwill, when the person has no incentive to display any such tendency.

You can make it intolerable for me, if you want to; and why wouldn't you? Those who are attracted to government work tend to be those who are willing to put ethics aside and pursue other priorities. And there are no penalties for a government official who harms the innocent in a way that is authorized by law. Even if you happen to be a reasonably decent person, who is to say that you will be my probation officer for the entire three years? In light of this, I may as well rebel completely, and go back to prison. That way, I stand a chance of leaving the criminal justice system in 2012 rather than in 2013, or beyond.

Sincerely,

*[signature]*
Nathan Larson

I find that the information in this letter establishes probable cause that this defendant is about to abscond from supervision. Accordingly, it is hereby

ORDERED that an arrest warrant be issued immediately for violation of supervised release.

/s/
Leonie M. Brinkema
United States District Judge

8/10/10