AO 442 (Rev. 01/09) Arrest Warrant

116/3460

# UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia



FILED
AUG 11 2010
CLERK, U.S. DISTRICT COURT
ALEXANDRIA, VIRGINIA

| United States of America | ) |
|---|---|
| v. | ) |
| | ) Case No. 1:10CR249 |
| | ) |
| Nathan Larson | ) |
| *Defendant* | |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* Nathan Larson ,

who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☐ Complaint

☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice **X** Order of the Court

This offense is briefly described as follows:


Date: Aug 10, 2010

*Issuing officer's signature*

RECEIVED
UNITED STATES MARSHAL
EASTERN DISTRICT
OF VIRGINIA
ALEXANDRIA DIVISION
2010 AUG 10 P 5:14

City and state: Alexandria, VA

Richard Banke/Deputy Clerk
*Printed name and title*

---

### Return

This warrant was received on *(date)* 8/10/10 , and the person was arrested on *(date)* 8/11/10
at *(city and state)* CATLETT, VA .

Date:

*Arresting officer's signature*

DUSM BRETT STEVENSON
*Printed name and title*