# UNITED STATES DISTRICT COURT
## Eastern District of Virginia
### Alexandria Division

AUG 2 0 2010

UNITED STATES OF AMERICA

v.

Case Number 1:10CR00249-001

**NATHAN DANIEL LARSON,**

Defendant.

## JUDGMENT AND COMMITTMENT ORDER
## ON REVOCATION OF SUPERVISED RELEASE
(For Offense(s) Committed On or After November 1, 1987)

The defendant, **NATHAN DANIEL LARSON**, was represented by Brooke Rupert, Esquire and pro se, in open court on August 20, 2010.

It appearing that the defendant in the above styled cause, who was sentenced in the D. Colorado on October 9, 2009 to a custody sentence of SIXTEEN (16) MONTHS and placed on supervised release for a period of THREE (3) YEARS, has violated the terms of supervised release, and:

**It is hereby ORDERED and ADJUDGED that supervised release be REVOKED, and that defendant be committed to the custody of the United States Bureau of Prisons for a term of TWENTY-FOUR (24) MONTHS of imprisonment, followed by a term of THREE (3) YEARS of supervised release, subject to all of the terms and conditions of defendant's original term of supervised release: 1. ) The defendant shall participate in, pay partial costs of, and provide a written waiver of confidentiality to allow the Probation Officer to communicate with treating mental health providers, a program of mental health treatment approved by the Probation Officer, until such time as the defendant is released from the program by the Probation Officer. The Court authorizes the Probation Officer to release to the treatment agency all psychological reports and/or the presentence report for the continuity of treatment, 2.) The defendant shall remain medication compliant and shall take all medications that are prescribed by his treating psychiatrist. The defendant shall cooperate with random blood tests as requested by his treating psychiatrist and/or supervising Probation Officer to ensure that a therapeutic level of his prescribed medications is maintained, and 3.) The defendant shall not access any e-mail account without prior permission from the supervising Probation Officer.**

The defendant is REMANDED to the custody of the Bureau of Prisons.

Signed this  20th  day of  August  2010.

/s/
Gerald Bruce Lee
United States District Judge